**STATE of Missouri, Plaintiff–Respondent,**

v.

**Jeffrey W. McKENNEY, Defendant–Appellant.**

**No. 52861.**

Missouri Court of Appeals, Eastern District, Division One.

Dec. 29, 1987.

Rehearing Denied Feb. 4, 1988.

Mary C. McWilliams, Asst. Public Defender, St. Louis, for defendant-appellant.

William L. Webster, Atty. Gen., Scott L. Templeton, Asst. Atty. Gen., Jefferson City, for plaintiff-respondent.

### ORDER

PER CURIAM.

Direct appeal from four convictions, after a jury trial, of forcible rape § 566.030(1) RSMo 1986 (Count I), first degree assault § 565.050(1) RSMo 1986 (Count II), first degree burglary § 569.160 RSMo 1986 (Count III), and stealing § 570.030 RSMo 1986 (Count IV). Appellant was sentenced to 50 years on Count I, 30 years on Count II, 10 years on Count III, and 7 years on Count IV in the Missouri Department of Corrections and Human Resources. The sentence on Count I is to run consecutively to the sentences on Counts II, III, and IV, for a total of eighty years.

The judgment is affirmed. Rule 30.25(b).